IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LELA L. MAYFIELD											PLAINTIFF

VS.												CIVIL ACTION NO. 3:05cv397 TSL-JCS

RIVER REGIONAL HEALTH SYSTEM									DEFENDANT

### ORDER

Pursuant to the stipulation of dismissal filed by the parties herein, it is hereby

ORDERED that this action be, and the same is hereby dismissed with prejudice, each party to bear its own costs.

SO ORDERED, this the 19th day of September, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE